

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-25-00154-CV

_____

DAN WILSON HOMES, INC., APPELLANT

V.

EGENBACHER DEVELOPMENT GROUP, LLC AND 11601 SLIDE LP, APPELLEES

On Appeal from the 99th District Court
Lubbock County, Texas
Trial Court No. DC-2024-CV-0167, Honorable J. Phillip Hays, Presiding

June 23, 2025

## MEMORANDUM OPINION

Before QUINN. C.J., and PARKER and DOSS, JJ.

Appellant, Dan Wilson Homes, Inc., appeals from the trial court's summary judgment order. Now pending before this Court is Appellant's unopposed motion seeking voluntary dismissal of the appeal. The Court finds that the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant the motion. The appeal is dismissed. Because the motion does not reflect an agreement of the parties concerning

the payment of costs, costs will be taxed against Appellant.  *See* TEX. R. APP. P. 42.1(d).

No motion for rehearing will be entertained and our mandate will issue forthwith.


Per Curiam